IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRECKENRIDGE ENTERPRISES, INC. d/b/a MAINSTAY HAWAII and d/b/a STAFF LEASING and LENIMENTUS CORP., | § § § § § | |
| Plaintiffs, | § § | Civil Action No. **3:08-CV-0216-L** |
| v. | § § | |
| MAINSTAY HAWAII, LLC and MICHAEL D. CHONG, | § § § § | |
| Defendants. | § | |

**ORDER**

Before the court is Plaintiffs' Motion to Hold Defendants Mainstay Hawaii, LLC and Michael D. Chong in Contempt of Court, filed May 2, 2008. The motion was referred to United States Magistrate Judge Wm. F. Sanderson, Jr. on May 5, 2008, who on June 23, 2008, conducted a hearing on the motion. On June 23, 2008, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") was filed. No objections to the Report have been filed. The magistrate judge found that Defendants failed to comply with the court's March 26, 2008 order, but recommended that Plaintiffs' contempt motion be denied at this time.[*] Having reviewed the motion, record, and the Report in this case, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the

---

[*]The magistrate judge did not state his reasons for recommending denial of the motion. The court assumes that the magistrate judge did not recommend holding Defendants in contempt because he ordered them to pay Plaintiffs $1000 in attorney's fees and issued them a warning regarding further failure to comply with the court's orders. The court agrees with this approach.

**Order – Page 1**

court. The court therefore **denies** Plaintiffs' Motion to Hold Defendants Mainstay Hawaii, LLC and Michael D. Chong in Contempt of Court.

**It is so ordered** this 29th day of July, 2008.

Sam A. Lindsay
United States District Judge